PAUL SEGLIE, APPELLANT, v. HENRY ACKERMAN ET AL.,
RESPONDENTS.

Argued June 28, 1917—Decided October 12, 1917.

On appeal from the Supreme Court, whose opinion is re-
ported in 90 *N. J. L.* 118.

For the appellant, *George J. McEwan* and *J. Emil Walscheid.*

For the respondents, *Collins & Corbin.*

PER CURIAM..

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BERGEN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ. 10.

*For reversal*—None.